UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
SACRAMENTO, CALIFORNIA 95814

January 9, 2008

Clerk, US District Court
Northern District of CA

Re:   USA v. Johnson
      CR S- 97-84 EJG(Eastern District of California)
      CR 07-0774 JW Northern District of CA



FILED
JAN 17 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Sir/Madam:

Pursuant to the Transfer of Jurisdiction of probation/supervised release (form 22) having been filed in this district, the following documents are herewith forwarded for your records:

   XX    CERTIFIED COPY OF INDICTMENT/INFORMATION

   XX    CERTIFIED COPY OF THE TRANSFER ORDER

   XX    CERTIFIED COPY OF THE DOCKET SHEET

   XX    CERTIFIED COPY OF JUDGMENT AND SENTENCING

   _     OTHER: CERTIFIED COPY OF PETITION ON SUPERVISED RELEASE

Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

Very truly yours,
Victoria C. Minor, Clerk


By: ___/s/ NDDuong___
NDDuong, Deputy Clerk

Date received: _____

Deputy Clerk: _____

| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | TRANSFER OF JURISDICTION | 0972/2:97CR00084-02 |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR 07 00774 JW |

ORIGINAL FILED 07 DEC -6 AM 9:54 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

FILED JAN - 3 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul Samuel JOHNSON<br>Santa Clara, California | Eastern District of California | |
| | NAME OF SENTENCING JUDGE<br><br>EDWARD J. GARCIA | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>05/31/2007 | TO<br>05/30/2010 |

**OFFENSE**  18 USC 2113(a) - Bank Robbery & 18 USC 2 - Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/26/07            _____
Date                  EDWARD J. GARCIA

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-3-07            _____
Effective Date        United States District Judge

CC:  United States Attorney
     FLU Unit-United States Attorney's Office
     Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated  1/9/08

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG  5C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST: VICTORIA C. _____
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 1/9/08

UNITED STATES OF AMERICA
VS
PAUL SAMUEL JOHNSON,
**Defendant**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on
or After November 1, 1987)

Case Number: CR S-97-084-02

FILED
JUL 25 1997
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jessie Morris, Jr.
901 H Street, #600
Sacramento, Calif. 95814

THE DEFENDANT:

[X]  Pleaded guilty to Count 4.
[ ]  Pleaded nolo contendere to Count(s) ___ which was accepted by the Court.
[ ]  Was found guilty on Count(s) ___ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:2113(a) & 18:2 | Bank Robbery & Aiding & Abetting | 2/4/97 | 4 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment.

[ ]  The defendant has been found not guilty on count(s) ___.
[ ]  Count(s) ___ (is/are) dismissed on the motion of the United States.
[X]  Appeal rights given.
[ ]  Bond is ordered exonerated; [ ] upon surrender

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number: ███████

Defendant's Date of Birth: ███████

Defendant's USM No: 09356-097

[X]  In Custody

Last known mailing address:

2437 East 9th St.
Stockton, Calif. 95205
County - San Joaquin

July 18, 1997
Date of Imposition of Sentence

_____
Signature of Judicial Officer

EDWARD J. GARCIA
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

July 25, 1997
Date Signed

EDCA (8/96) Sheet 2 - Imprisonment

Defendant: PAUL SAMUEL JOHNSON
Case Number: CR S-97-084-02

Judgment--Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons of the United States to be imprisoned for a total term of SIXTY-THREE (63) months, to be served consecutively to any current state prison term.

[X] The Court makes the following recommendations to the Bureau of Prisons:   a California institution.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, or to the US Marshal for this district, if no institution has been designated:

   [ ] before 2:00 p.m. on ____.

   [ ] as notified by the United States Marshal.

   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on ____ to ____ at ____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
   Deputy Marshal

Judgment--Page 3 of 6

Defendant: PAUL SAMUEL JOHNSON
Case Number: CR S-97-084-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

[X]    The defendant shall not possess a firearm as defined in 18 USC 921. (Check, if applicable.)

**For offenses committed on or after September 13, 1994:**

[X]    The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. (Check, if applicable.)

or

[ ]    The mandatory drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term(s) of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment--Page 4 of 6

Defendant: PAUL SAMUEL JOHNSON
Case Number: CR S-97-084-02

# ADDITIONAL SUPERVISION TERMS

1) Defendant shall submit to the search of his person, property, home and vehicle by a U. S. Probation Officer, or any other duly authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. Defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2) Defendant shall participate in a correctional treatment program to obtain assistance for drug abuse, as directed by the probation officer.

3) Defendant shall take Naltrexone to control opiate use, if medically cleared to do so, as directed by the probation officer.

Defendant: PAUL SAMUEL JOHNSON
Case Number: CR S-97-084-02

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties as set forth below:

## ASSESSMENT

Amount: $100.00,   Payable:
    [X] in full, immediately
    [ ] other: _____

## FINE

Amount: ____,   Payable:
    [ ] in full, immediately
    [ ] as directed by the Probation Officer
    [ ] in payments of ____, beginning on ____.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

[ ] The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]   The interest requirement is waived.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

Judgment--Page 6 of 6

Defendant: PAUL SAMUEL JOHNSON
Case Number: CR S-97-084-02

## STATEMENT OF REASONS

[ X ]   The court adopts the factual findings and guideline application in the presentence report.

OR

[ ]   The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the court:**

Total Offense Level: __19__
Criminal History Category: __IV__
Imprisonment Range: __63__ to __78__ months
Supervised Release Range: __2__ to __3__ years
Fine Range: $6,000.00 to $60,000.00.

[ X ]   Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution (loss) $____

[ ]   Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. 3663(d).

[ ]   For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[ ]   Partial restitution is ordered for the following reason(s):

[ X ]   The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[ ]   The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

[ ]   The sentence departs from the guideline range:

   [ ]   upon motion of the government, as a result of defendant's substantial assistance.
   [ ]   for the following specific reason(s):

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 1/9/08

THE UNITED STATES OF AMERICA

vs.

BILLY CHARLES NEALY and
PAUL SAMUEL JOHNSON

CR-S-97-084 EJG

## INDICTMENT

VIOLATION(S):  18 U.S.C. § 2113(A) - Bank Robbery (Four Counts); 18 U.S.C. § 2 - Aiding and Abetting (One Count)

*A true bill,*

_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 19 _____

_____
Clerk.

Bail, $ _conf. detention_

_____

GPO 863 525

1  CHARLES J. STEVENS
   United States Attorney
2  THOMAS J. HOPKINS
   KENDALL. J. NEWMAN
3  Assistant U.S. Attorneys
   650 Capitol Mall
4  Sacramento, California 95814
   Telephone: (916) 554-2700



FILED

FEB 1 4 1997

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BILLY CHARLES NEALY and<br>PAUL SAMUEL JOHNSON,<br><br>    Defendants. | CR-S-97-084 EJG<br><br>VIOLATIONS: 18 U.S.C. § 2113(a) - Bank Robbery (Four Counts); 18 U.S.C. § 2 - Aiding and Abetting (One Count) |

# I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 2113(a) - Bank Robbery]

The Grand Jury charges:  T H A T

BILLY CHARLES NEALY, defendant herein, on or about January 3, 1997, in the County of San Joaquin, State and Eastern District of California, did by force, violence, and intimidation, take from the person and presence of an employee of Bank of America, 210 East Charter Way, Stockton, California, approximately $2,203.00 belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then and there insured by the Federal Deposit

1

1  Insurance Corporation, in violation of Title 18, United States Code,
2  Section 2113(a).
3  COUNT TWO:   [18 U.S.C. § 2113(a) - Bank Robbery]
4      The Grand Jury further charges:   T H A T
5                  BILLY CHARLES NEALY,
6  defendant herein, on or about January 17, 1997, in the County of San
7  Joaquin, State and Eastern District of California, did by force,
8  violence, and intimidation, take from the person and presence of
9  employees of the Bank of America, 1661 Pacific Avenue, Stockton,
10 California, approximately $1,514.00 belonging to and in the care,
11 custody, control, management, and possession of said bank, the
12 deposits of which were then and there insured by the Federal Deposit
13 Insurance Corporation, in violation of Title 18, United States Code,
14 Section 2113(a).
15 COUNT THREE:   [18 U.S.C. § 2113(a) - Bank Robbery]
16     The Grand Jury further charges:   T H A T
17                 BILLY CHARLES NEALY,
18 defendant herein, on or about January 27, 1997, in the County of San
19 Joaquin, State and Eastern District of California, did by force,
20 violence, and intimidation, take from the person and presence of an
21 employee of Bank of America, 407 North Wilson Way, Stockton,
22 California, approximately $345.00 belonging to and in the care,
23 custody, control, management, and possession of said bank, the
24 deposits of which were then and there insured by the Federal Deposit
25 Insurance Corporation, in violation of Title 18, United States Code,
26 Section 2113(a).
27 ///
28 ///

1  COUNT FOUR: [18 U.S.C. § 2113(a)- Bank Robbery; 18 U.S.C. § 2 - Aiding and Abetting]

2  The Grand Jury further charges: T H A T

BILLY CHARLES NEALY and
PAUL SAMUEL JOHNSON,

defendants herein, on or about February 4, 1997, in the County of San Joaquin, State and Eastern District of California, did by force, violence, and intimidation, take from the person and presence of an employee of Bank of America, 1661 Pacific Avenue, Stockton, California, approximately $6,389.00 belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL.

_____
FOREPERSON

_____
CHARLES J. STEVENS
United States Attorney

3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
Eastern District of California
Sacramento

**OFFENSE CHARGED**
Bank Robbery and Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Place of offense**
Stockton, CA

**U.S.C. Citation**
18/ 2113(a) and 18/2

**DEFENDANT – U.S.**
CR-S-97-084 EJG
PAUL SAMUEL JOHNSON

Address: 2437 East 9th Street, Stockton, CA 95205

Birth Date: 11-4-55
☒ Male ☐ Female ☐ Alien (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
MAG 97-47 JFM

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☒ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST: 2/5/97

Or... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM: John Gliatta, S/A-FBI
☐ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Kendall Newman & Thomas Hopkins

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

IN FEDERAL CUSTODY
DETAINED WITHOUT BAIL
ARRAIGNMENT 2/19/97
NO BAIL

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:97-cr-00084-EJG-2
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Nealy | Date Filed: 02/14/1997 |
| Magistrate judge case number: 2:97-mj-00047 | Date Terminated: 07/18/1997 |

Assigned to: Senior Judge Edward J. Garcia

### Defendant

**Paul Samuel Johnson** (2)
*TERMINATED: 07/18/1997*

represented by **Jessie Morris**
Law Offices of Jessie Morris, Jr.
59 Fallwind Circle
Sacramento, CA 95831
530-666-8351
Email: jessiemor@gmail.com

*TERMINATED: 07/18/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:2113A.F BANK ROBBERY
(4)

### Disposition

Imprisonment: 63 months to run consecutive to any state term; TSR 3 years; fine is waived; S/A $100.00

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 1/9/08

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**　　　　　　　　　　represented by **Thomas Hopkins**
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/1997 | 1 | COMPLAINT issued by Magistrate Judge John F. Moulds against dfts Billy Charles Nealy and Paul Samuel Johnson in violation of 18 USC 2113(a) [ 2:97-m -47 ] (ndd) (Entered: 02/06/1997) |
| | | |

| | | |
|---|---|---|
| 02/05/1997 | 3 | MINUTES before Magistrate Judge John F. Moulds first appearance of Paul Samuel Johnson on 2/5/97 on criminal complaint; Attorney Jessie Morris Jr present; , gov't moves for detention; defense requests continuance for detention hearing; detention hearing set for 2:00 2/10/97 for Paul Samuel Johnson C/R Tape 1 [ 2:97-m -47 ] (ndd) (Entered: 02/06/1997) |
| 02/10/1997 | 5 | MINUTES before Magistrate Judge John F. Moulds detention hearing HELD on 2/10/97; preliminary exam SET for 2pm on 2/19/97 for Billy Charles Nealy, for Paul Samuel Johnson ; dfts ordered DETAINED pending trial C/R tape #1 [ 2:97-m -47 ] (old) (Entered: 02/11/1997) |
| 02/11/1997 | 6 | CJA Form 23 (Financial Affidavit) as to Paul Samuel Johnson [ 2:97-m -47 ] (old) (Entered: 02/12/1997) |
| 02/12/1997 | 7 | ORDER of Detention of Paul Samuel Johnson pending Trial by Magistrate Judge John F. Moulds [ 2:97-m -47 ] (old) (Entered: 02/14/1997) |
| 02/14/1997 | 9 | INDICTMENT by US Attorney Thomas Hopkins Counts filed against Billy Charles Nealy (1) count(s) 1-3, 4 and Paul Samuel Johnson (2) count(s) 4 (kb) (Entered: 02/20/1997) |
| 02/14/1997 | 10 | LETTER to court from counsel for plaintiff USA re non-involvement by GEB (kb) (Entered: 02/20/1997) |
| 02/19/1997 | 11 | MINUTES before Magistrate Judge John F. Moulds dft Billy Charles Nealy, Paul Samuel Johnson arraigned; NOT GUILTY plea entered; Attorneys present; , trial confirmation hearing set for 9:00 4/7/97 and jury trial set for 10:00 4/21/97 for dfts Billy Charles Nealy and Paul Samuel Johnson C/R Tape 1 of 1 (ndd) (Entered: 02/21/1997) |
| 02/20/1997 | 12 | CJA Form 20 (Attorney Payment Voucher) by Attorney Jessie Morris, Jr., Esq for Paul Samuel Johnson (old) (Entered: 02/24/1997) |

| 04/04/1997 | 13 | STATUS REPORT by defendant Paul Samuel Johnson (old) (Entered: 04/07/1997) |
| 04/07/1997 | 14 | MINUTES before Judge Edward J Garcia: trial confirmation hearing was held on 4/7/97; jury trial is VACATED; status hearing set for 4/21/97 for dfts Billy Charles Nealy & Paul Samuel Johnson 7 started from 4/7/97 to 4/21/97 for Billy Charles Nealy, Paul Samuel Johnson C/R P McNamara (old) (Entered: 04/08/1997) |
| 04/21/1997 | 15 | MINUTES before Judge Edward J Garcia: status hearing set for 4/28/97 for dfts Billy Charles Nealy & Paul Samuel Johnson T4 started from 4/21/97 to 4/28/97 for Billy Charles Nealy, Paul Samuel Johnson C/R Peggy McNamara (old) (Entered: 04/22/1997) |
| 04/28/1997 | 19 | MINUTES before Judge Edward J Garcia: Paul Samuel Johnson enters guilty plea to count 4 status hearing held on 4/28/97; sentencing hearing set for 7/7/97 for Billy Charles Nealy, for Paul Samuel Johnson C/R P McNamara (old) (Entered: 04/29/1997) |
| 04/28/1997 | 20 | PLEA Agreement as to Paul Samuel Johnson (old) (Entered: 04/29/1997) |
| 04/28/1997 | 21 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Paul Samuel Johnson (old) (Entered: 04/29/1997) |
| 05/23/1997 | 22 | NOTICE of hearing sentencing hearing CONTINUED TO 9:00 7/21/97 for Billy Charles Nealy, for Paul Samuel Johnson (old) (Entered: 05/27/1997) |
| 07/14/1997 | 24 | OBJECTIONS by defendant Paul Samuel Johnson to presentence report [21-1] (old) (Entered: 07/17/1997) |
| 07/16/1997 | 23 | NOTICE of hearing: sentencing hearing re-set for 9:00am on 7/18/97 for dfts Billy Charles Nealy & Paul Samuel Johnson (old) (Entered: 07/17/1997) |
| 07/17/1997 | 27 | SENTENCING memorandum regarding Paul Samuel |

| | | |
|---|---|---|
| | | Johnson (old) (Entered: 07/22/1997) |
| 07/18/1997 | 25 | MINUTES before Judge Edward J Garcia: sentencing Paul Samuel Johnson on count(s) 4. Imprisonment: 63 months to run consecutive to any state term; TSR 3 years; fine is waived; S/A $100.00 terminating party Paul Samuel Johnson ; court denies dft's motion for evidentiary hearing C/R P McNamara (old) (Entered: 07/22/1997) |
| 07/25/1997 | 29 | JUDGMENT and Commitment issued as to Paul Samuel Johnson by Judge Edward J. Garcia (old) (Entered: 07/28/1997) |
| 09/05/1997 | 30 | JUDGMENT and Commitment returned executed on 8/28/97 as to Paul Samuel Johnson to Lompoc CA (dd) (Entered: 09/08/1997) |
| 01/03/2008 | 44 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of CA as to Paul Samuel Johnson. Signed by Judge Edward J. Garcia on 10/26/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Duong, D) (Entered: 01/04/2008) |
| 01/09/2008 | 45 | TRANSMITTAL of DOCUMENTS including certified copy Indictment, certified copy of Judgment and Sentencing, certified copy of docket sheets as to dft Paul S. Johnson to Northern District of CA. (Duong, D) (Entered: 01/09/2008) |