# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

SEALED BY ORDER OF COURT

FILED APR 23 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

### Petition for Arrest Warrant for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Paul Samuel Johnson | Docket No.: | CR 07-00774-01 JW |

Name of Sentencing Judge:  Edward J. Garcia
Senior United States District Judge

Date of Original Sentence:  July 18, 1997

Original Offense: Bank Robbery, Aiding & Abetting, 18 U.S.C. § 2113(a) and 18:2

Original Sentence: 63 months BOP, Three (3) years Supervised Release

Special Conditions: Participate in correctional treatment program for drug abuse, shall take Naltrexone to control opiate use, special assessment $100 and search.

Jurisdiction was transferred from the Eastern District of California to the Northern District of California effective December 3, 2007.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 31, 2007
Assistant U.S. Attorney: To Be Assigned          Defense Counsel: To Be Assigned

## Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Sonia Lapizco, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).



NDC-SUPV-FORM 12C(2) 04/03/08

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven which states, in part, that the offender shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance. |

On June 4, 2007, the offender submitted a urine specimen (A00197194) which tested positive for marijuana. The specimen was forwarded for confirmation to Kroll Laboratories Specialists, Inc. (Kroll Labs.). On June 7, 2007, I received confirmation from Kroll Labs. that specimen #A00197194 was positive for marijuana.

On March 5, 2008, the offender submitted a urine specimen to State Parole Agent J. Fitzgerald, which tested positive for cocaine (see California State Parole Report prepared by Agent Fitzgerald). According to Agent Fitzgerald's report, the specimen was forwarded to San Diego Reference Laboratory (Reference Lab.) for confirmation. The report indicates that the specimen was confirmed positive for cocaine by the Reference Lab. on March 7, 2008. The specimen was retested at the offender's request, and confirmed positive for cocaine for a second time on March 13, 2008, by Reference Lab.

On April 18, 2008, the offender reported to my office. As I detected a strong odor of alcohol, I requested the assistance of U.S. Pretrial Services Officer Anthony Granados, who conducted two separate breathalyzer tests. The first test yielded a blood alcohol concentration (BAC) of .088%. The second test, administered 15 minutes later, yielded a BAC of .079%. The offender admitted drinking the previous evening, April 17, 2008, and driving to my office on April 18, 2008. After the offender informed me that he had driven to my office, I confiscated his car keys and directed him to contact his parole agent to advise him of the breathalyzer results. I also directed the offender to remain in my office until his level of intoxication diminished.

Evidence of this violation is reflected on the Kroll Laboratories Specialists, Inc. report, a California State Parole Report, and case notes dated June 4 and 7, 2007, and April 18, 2008.

Two    There is probable cause to believe that the offender violated the Court's order that the offender not commit another federal, state, or local crime.

On April 18, 2008, the offender reported to my office. As I detected a strong odor of alcohol, I requested the assistance of U.S. Pretrial Services Officer Anthony Granados, who conducted two separate breathalyzer tests. The first test yielded a blood alcohol concentration (BAC) of .088%. The second test, administered 15 minutes later, yielded a BAC of .079%. The offender admitted drinking the previous evening, April 17, 2008, and driving to my office on April 18, 2008.

After the offender informed me that he had driven to my office, I confiscated his car keys and directed him to contact his parole agent to advise him of the breathalyzer results. I also directed the offender to remain in my office until his level of intoxication diminished. I also spoke with Parole Agent Ted Roberson, who advised me that the offender would be taken into parole custody, pending parole violation proceedings. The offender was taken into parole custody from the U.S. Probation Office in San Jose on April 18, 2008.

Evidence of this violation is reflected in the U.S. Probation Office NIDT Questionnaires, dated April 18, 2008, and case notes dated April 18, 2008.

Address of offender:    In Custody
Santa Clara County Jail

Based on the foregoing, there is probable cause to believe that Paul Samuel Johnson violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

Sonia Lapizco
U.S. Probation Officer
Date Signed: April 21, 2008

Approved as to form:

Susan Portillo
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(2) 04/03/08

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ Other:

Date  April 23, 2008

James Ware
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

v.

PAUL SAMUEL JOHNSON,

          Defendant.

Case Number: CR 07-00774-01 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Attorney's Office
150 Alamden Blvd Ste 900
San Jose CA 95113

Federal Public Defender's Office
160 W. Santa Clara
San Jose CA 95113

Sonia Lapizco
United States Probation Officer
280 South First Street
San Jose CA 95113

April 23, 2008

                                              Richard W. Wieking, Clerk

                                              By: Elizabeth C. Garcia, Deputy Clerk