O 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

**SEALED BY ORDER OF COURT**

UNITED STATES OF AMERICA,

v.

**Paul Samuel Johnson**

WARRANT FOR ARREST

Case Number: **CR-07-00774-JW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Paul Samuel Johnson**_____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  (X) Probation Violation Petition

charging him or her with:

## Violation of Supervised Release

in violation of Title __18__ United States Code, Section(s) __3583__

_____Cita F. Escolano_____
Name of Issuing Officer

_____Deputy Clerk_____
Title of Issuing Officer

*Cita F. Escolano* (signature)
Signature of Issuing Officer

April 23, 2008, San Jose, CA
Date and Location

Bail fixed at $ ___NO BAIL___   by   _____James Ware_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE
NOTIFY ABOVE OFFICE UPON ARREST
DO NOT MAKE RETURN ON THIS COPY

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |