# EXHIBIT A

| PROB 46 (5/99, N/D/C | SA/MH Monthly Treatment Report | This form must be completed and submitted with each monthly billing. Additional sheets may be used |
|---|---|---|

| 1. PROGRAM **PATHWAY SOCIETY INC.** | | 2. PACTS# 7359 | 2a. BPA #: |
|---|---|---|---|

| 3. CLIENT Johnson, Paul | 2008 March | 5. CLIENT'S USPO Lapizeo |
|---|---|---|

| 6. PHASE 2 | 7. TIME IN PHASE(Days) | 8. PRETRIAL CLIENT [ ]Yes [X]No [ ]Yes [ ]No [ ]Student [X]Other |
|---|---|---|

### 10. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contract | d. Comments (Identify all Stalls/No shows) |
|---|---|---|---|
| | | | RECEIVED |
| | | | APR 2 1 2008 |
| | | | U.S. Probation Office Northern District of Calif. San Jose |

### 11. URINE TESTING RECORD

| DATE COLLECTED | Scheduled | | Sample Not Tested | | Drug Use Admitted | | Collected By | Special Test Requested | Test Results (Specify Drug) | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Insuf.Qty. | Stall | No | Yes (specify Dr.) | | | | |
| 03.03.08 | X | | | | X | | FC | | | |
| 03.13.08 | X | | | | X | | FC | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### 12. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

UA CLIENT ONLY.

| SIGNATURE OF COORDINATOR          Wanda Velez | Date 04.01.08 |
|---|---|

## MONTHLY UA LOG

Johnson, Paul

Client Name

3 - 2008

Month/Year

| DATE | CLIENT'S SIGNATURE/INITIALS | TIME IN | PURPOSE OF VISIT | TIME OUT | CLIENT INITIALS | VENDOR'S INITIALS |
|------|------------------------------|---------|------------------|----------|-----------------|-------------------|
| 3-7 | PCS | 9:00 | OFF | 9:15 | PS | TC |
| 3-18 | PCS | 9:05 | U.A. | 9:15 | PS | TC |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

___ PHASE I ___          ___ PHASE II ___          ___ PHASE III ___

___ START DATE ___  -     ___ NEXT CHANGE ___

## SPECIAL TESTING

COMMENTS: _____

(Mon-UA.log)(7/04)

Johnson, Paul
**Client Name**

## MONTHLY UA LOG

3-2008
**Month/Year**

| DATE | CLIENT SIGNATURE/INITIALS | TIME IN | PURPOSE OF VISIT | TIME OUT | CLIENT INITIALS | VENDOR'S INITIALS |
|------|---------------------------|---------|------------------|----------|-----------------|-------------------|
| 3-3 | PJ | 2:00 | UA | 3:15 | PSJ | FS |
| 3-13 | PJ | 3:05 | UA | 3:15 | PSJ | FS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

PHASE I _____     PHASE II _____     PHASE III _____

_____ START DATE _____          _____ NEXT CHANGE _____

## SPECIAL TESTING

FAXED
APR 14 2008
PATHWAY SOCIETY

COMMENTS:

FAXED
APR 15 2008
PATHWAY SOCIETY

(Mon-UA-log/7/04)

# EXHIBIT B

Dear Judge "Ware"

My name is Paul Samuel Johnson Jr.
and at the moment I am in a confused state
of mind. As you are aware, im being held on
a violation of my supervised release. I can
say that the charge of DUI; technically
im guilty of the charge, but I feel that
my driving was "not" impared. I do take
responcibility for my actions and I did
apologize to my Probation Officer Ms. Sonja
Lapizco. At this point in my life, I've been
really trying to get my life back together
and being on State parole & federal supervised
release, I've really been going through the hoops
to stay in compliance. So I beg the court to
consider that im 53 yrs. old and thats not
much left, but my job is still there waiting
for me and im really trying to establish my
self in the musical world here in San Jose.
    I really appreciate you reading my letter.

Paul S Johnson Jr.

8/19/08