UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** August 25, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR- 07-0774 JW | **U.S. Probation Officer:** Esmerelda Gupton for Sonia Lapizco |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Paul Samuel Johnson (C)

**Attorney(s) for Plaintiff(s):** Jeff Nedrow
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

Revocation Hearing re Supervised Release Violation

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. This is the defendant's initial appearance in this Court on the charging petition. Defense counsel informed the Court as to the change in admission by the Defendant to the charging petition. The Government made an oral motion to strike paragraph two of the petition. No objection made from Defense counsel and Probation. For the reasons stated on the record, the Court GRANTED the oral motion. The Defendant was sworn for voir dire on the petition. The Defendant admitted to the Charge One (1) as amended and Charge Two (2) of the petition. The Court REVOKED the Defendant's supervised release and committed the defendant to ONE (1) year and ONE (1) day BOP custody with no supervised release to follow.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: