**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. CR 07-00774 JW |
|---|---|
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| PAUL SAMUEL JOHNSON, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_  Presentence Report

\_\_\_  Plea Agreement

_X_  Statement of Reasons

\_\_\_  _____
     (Other)

Dated: September 3, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2  United States Probation Office
United States Marshal Service
3  280 South First Street
San Jose CA 95113
4

5
**Dated: September 3, 2008**                              **Richard W. Wieking, Clerk**
6

7                                                                              **By:** _____
                                                                                      **Elizabeth Garcia**
8                                                                                      **Courtroom Deputy**